IN RE ESTATE OF ELIZABETH K. EVANS, DECEASED. IRENE PAGE ET AL., APPELLANTS, V. TYNDALL EVANS ET AL., APPELLEES.

227 N. W. 2d 606

Filed April 3, 1975. No. 39693.

John S. Mingus of Mingus & Mingus, for appellants.

Reddish & Curtiss and A. James Moravek, for appellees.

Heard before WHITE, C. J., BOSLAUGH, CLINTON, and BRODKEY, JJ., and COLWELL, District Judge.

CLINTON, J.

This is a companion case to Avery v. Evans, *ante* p. 437, 227 N. W. 2d 603. The appellants are the same persons as in the companion case. The issue in this case involves the right of the appellants to object to the accounting of the administrator. The result in that case governs the result here because the appellants have no standing to object to the accounting.

AFFIRMED.